FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 30 2008

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Mateo-Morales, Maximiliano<br><br>    Defendant. | Case No.: SACR 05-32-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown; bail resources unknown; illegal immigration status__

1
2
3      and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on __Criminal history record, which__
8      __Includes conv, for narcotics and weapons__
9      __offenses; also commission of new__
10     __offense while still under supervision__
11
12
13         IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __12/30/08__
17                                   ROBERT N. BLOCK
                                     UNITED STATES MAGISTRATE JUDGE